```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 2-11-21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                         **Plaintiff,**

     -against-

ANTHONY LEWIS,

                         **Defendant.**

------------------------------------------------------------------ x

14-CR-255 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Violation of Supervised Release Hearing is set for **February 17, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
             February 11, 2021

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**