```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/4/21__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      **Plaintiff,**

     -against-                                  14-CR-255 (ALC)

ANTHONY LEWIS,                      <u>**ORDER**</u>

                      **Defendant.**

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      A Telephone Violation of Supervised Release Hearing is set for **March 10, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **March 4, 2021**

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**